IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Nel Steffens, Deputy Clerk  
Therese Lindblom, Court Reporter  
Tom Destito, Probation Officer

Date: February 22, 2008

Criminal Action No. 07–cr–00300–EWN

<u>*Parties:*</u>

<u>*Counsel:*</u>

UNITED STATES OF AMERICA,

David Conner

    Plaintiff,

v.

1. PATRICK OLVERA,

Susan Fisch

    Defendant.

## SENTENCING MINUTES

**2:25 p.m.**    Court in session.

**Defendant pled guilty on December 7, 2007, to Count 1 of the Indictment.**

Mitigation statement by Ms. Fisch.

Statement by Defendant.

Statement by Mr. Conner.

Court's findings.

**ORDERED:** 1.    No fine is imposed.

**ORDERED: 2.    Defendant is imprisoned for a term of sixty-eight months, consecutive to the sentence imposed in El Paso District Court case no. 07CR3301.**

The court recommends a facility in Colorado for service of sentence.

**ORDERED: 3.    Upon release from imprisonment, defendant shall be placed on supervised release for a period of three years.**

**ORDERED: 4.    Within seventy-two hours of his release from the custody of the Bureau of Prisons, defendant will report in person to the probation office in the district in which he is released.**

**ORDERED: 5.    Conditions of supervised release are:**

    **a.    Defendant is to observe all of the standard conditions of supervised release.**

    **b.    Defendant is not to possess any firearm, destructive device or any other dangerous weapon as defined by federal or state statute.**

    **c.    Defendant is not to illegally possess or use controlled substances.**

    **d.    Defendant is to submit to one drug test within 15 days of his release and two other periodic tests, as directed by the probation officer.**

    **e.    Defendant is not to commit a federal, state, or local crime.**

    **f.    Defendant shall cooperate in the collection of DNA as directed by the probation officer.**

    **g.    Defendant shall participate in a program of testing and treatment for drug abuse, as directed by the probation officer, until such time as defendant is released from the program by the probation officer. Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment.**

       **Defendant shall be required to pay the costs of treatment as directed by the probation officer.**

    **h.**  **Defendant shall participate in a program for testing and treatment of alcohol abuse, as directed by the probation officer, until he is released from the program by the probation officer. He shall pay all costs associated with this program.**

**ORDERED: 6.**  **Defendant shall pay a special assessment fee of $100 due immediately.**

**ORDERED: 7.**  **Government's Motion Regarding Acceptance of Responsibility (#20, filed February 22, 2008) is GRANTED.**

**ORDERED: 8.**  **Government's Motion to Reduce Sentence Pursuant to §5K1.1 of the United States Sentencing Guidelines (#21, filed February 22, 2008) is GRANTED.**

**ORDERED: 9.**  **Plea agreement is accepted.**

Defendant is advised of his right to appeal.

Ms Fisch states her intent to file a motion to seal document #21.

Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**2:36 p.m.**  Court in recess.

Hearing concluded.

Total time in court:  00:11